AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of California

FILED
NOV 16 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| ANGELO VALDEZ | ) | Case No. |
| | ) | 3 18 _ 71634 MAG |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __October 22 - October 23, 2018__ in the county of __San Francisco__ in the __Northern__ District of __California__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 641 | Theft of Government Property |
| 18 U.S.C. § 1361 | Depredation Against Property of the United States |
| | Maximum Penalties (Both Counts): 10 years in prison; 3 years of supervised release; a $250,000 fine; restitution; and a mandatory $100 special assessment. |

This criminal complaint is based on these facts:
Please see attached Affidavit of FBI Special Agent Le Nguyen.

Approved as to form _____
AUSA Casey Boome

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Le Nguyen, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 11/16/18

_____
*Judge's signature*

City and state: __San Francisco, California__    Hon. Thomas S. Hixson, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT
## AND ARREST WARRANT

I, Le Nguyen, Special Agent with the Federal Bureau of Investigation (FBI) being duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I submit this affidavit in support of a Criminal Complaint and Arrest Warrant for **ANGELO VALDEZ** (hereafter "VALDEZ"). Based on my investigation, I submit that there is probable cause to believe that VALDEZ stole a thing of value belonging to the United States and of any department or any agency thereof, in violation of 18 U.S.C. § 641, and damaged said property in violation of 18 U.S.C. § 1361.

2. I am an investigative or law enforcement officer of the United States, within the meaning of 18 U.S.C. § 2510(7), and am empowered by law to conduct investigations of, and to make arrests for, the offenses enumerated in 18 U.S.C. § 2516.

3. I am a Special Agent with the FBI and have been so employed since January 2010. I am currently assigned to the San Francisco Field Office investigating organized crime. I successfully completed 21 weeks of New Agent Training at the FBI Academy in Quantico, Virginia in June of 2010. During that time, I received training in physical surveillance, legal statutes and procedures, financial investigations, money laundering techniques, asset identification, forfeiture and seizure, confidential source management, and electronic surveillance techniques, including Title III monitoring. Prior to my employment with the FBI, I worked as a Special Agent for the Air Force Office of Special Investigations, where I conducted felony investigations into violations of the Uniform Code of Military Justice, including crimes concerning the theft and destruction of government property.

4. This affidavit is intended to demonstrate that there is sufficient probable cause for the requested Complaint and Arrest Warrant and does not set forth all of my knowledge about this matter. I participated in this investigation, and I have received information about matters relevant to this investigation from, among other sources, reports prepared by and conversations I have had

1

with other law enforcement officers and witnesses. I make this Application and Affidavit based on personal knowledge obtained as a result of my direct participation in this investigation, and conversations with other law enforcement officers who are familiar with this investigation.

## APPLICABLE LAW

5.      Title 18, United States Code, Section 641 makes it a crime for any person to embezzle, steal, purloin, or knowingly convert to his use or the use of another, or without authority, sell, convey, or dispose of any record, voucher, money, or thing of value of the United States or any department or agency thereof, or any property made or being made under contract for the United States or any department or agency thereof.

6.      Title 18, United States Code, Section 1361 makes it a crime for any person to willfully injure or commit any depredation against any property of the United States, or of any department or agency thereof, or any property which has been or is being manufactured or constructed for the United States, or any department or agency thereof.

## PROBABLE CAUSE

7.      I have examined video surveillance from the FBI Vehicle Maintenance and Storage Facility at 2550 Cesar Chavez Street, San Francisco CA, which is located in the Northern District of California. On October 22, 2018 at 5:49 p.m., the surveillance video shows an unknown suspect inside the parking lot of the FBI facility. At approximately 5:53 p.m., the suspect entered a crisis negotiation vehicle and remained inside the vehicle for more than 30 minutes. Before the suspect entered the crisis negotiation vehicle, all of its contents were in good working order and nothing inside the vehicle was damaged.

8.      FBI Agents later inspected the vehicle on October 23, 2018 and found a mounted LCD TV to be damaged, in that the screen was smashed and the TV was no longer operable. Agents determined that a FBI body armor vest, which was stored in the vehicle, had been removed.

9. The surveillance video further shows that on October 22, 2018, an unmarked FBI 2018 Chevy Tahoe drove out of the facility without authorization. The unmarked 2018 Chevy Tahoe (Vehicle Identification Number (VIN) 1GNSKAKC5KR102836) has a value of greater than $1,000. Surveillance video shows the vehicle drive out of the facility onto Cesar Chavez Street at approximately 11:26 p.m. At the time the vehicle left the facility, several items were inside, including a distinctive hat, gloves, and a garage door opener.

10. On the evening of October 23, 2018 at approximately 7:30 p.m., eyewitness S.R. was running in Golden Gate Park when he noticed a Chevy Tahoe driving in the park in an area where S.R. knew that vehicles were not permitted to drive. S.R. observed the Tahoe driving erratically and running over several obstacles such that the undercarriage of the Tahoe scraped along the bottom of said obstacles, causing the Tahoe to become stuck. As S.R. approached the Tahoe, the driver exited wearing a distinctive hat and stated to S.R. in sum and substance: "I'm Angelo, I work here."

11. During the brief encounter between S.R. and the driver of the Tahoe, a marked San Francisco Police Department (SFPD) vehicle arrived and activated its overhead lights in the direction of the Tahoe. The driver of the Tahoe fled on foot and was not apprehended by SFPD. The SFPD Officers on scene spoke with S.R., who informed the officers what he had seen.

12. SFPD took custody of the vehicle and determined that it was a 2018 Chevy Tahoe with VIN 1GNSKAKC5KR102836. The FBI concluded that vehicle recovered by SFPD was the same vehicle that had been stolen from the FBI facility on October 22, 2018.

13. SFPD notified the FBI San Francisco Field Office. An inspection of the vehicle revealed significant damage to the undercarriage. FBI automotive technicians estimated damages to the Chevy Tahoe to be in excess of $1,000.

14. On October 25, 2018, the defendant, ANGELO VALDEZ (DOB: October 14, 1988) was arrested by the United States Park Police (USPP) pursuant to an unrelated incident in the Presidio of San Francisco. USPP conducted a search of VALDEZ incident to arrest. USPP observed VALDEZ to be wearing a FBI body armor vest and to be in possession of a distinctive

3

hat, gloves, a garage door opener, and the keys to the stolen 2018 Chevy Tahoe with VIN 1GNSKAKC5KR102836.

15. Certain above-referenced property, including the 2018 Chevy Tahoe and its keys, the garage-door opener, the crisis negotiation van, the mounted LCD TV, and the FBI body armor vest, are property owned by the United States and the FBI, which is an agency and department of the United States. The defendant, ANGELO VALDEZ, was not authorized to take, exercise control over, or damage said property.

16. It should be noted that on the evening of October 23, 2018, eyewitness S.R. described the driver of the Tahoe as an individual with height, weight, and features similar to VALDEZ. However, on November 15, 2018 at approximately 3:40 p.m. I showed S.R. a six-photo lineup including VALDEZ and five other individuals with a similar appearance. S.R. pointed to the photos of two individuals other than VALDEZ and stated that those individuals looked similar to the driver of the Tahoe, but that he could not be sure. S.R. was ultimately unable to make a positive identification.

//
//
//
//
//
//
//
//
//
//
//
//

## CONCLUSION

18.     Based on the information provided in this affidavit, I submit that there is probable cause to believe that ANGELO VALDEZ stole property of the United States valued in excess of $1,000, in violation of 18 U.S.C. § 641, and damaged property of the United States causing loss in excess of $1,000, in violation of 18 U.S.C. § 1361.

LE NGUYEN
Special Agent
Federal Bureau of Investigation

Sworn to and subscribed before me
this 16th day of November, 2018.

HON. THOMAS S. HIXSON
United States Magistrate Judge