IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ANGELO VALDEZ,<br><br>    Defendant. | **Case No.:** CR 18–0608 JD<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING HEARING BY TWO WEEKS TO MAY 29, 2019** |

Due to the legitimate need of the U.S. Probation Officer to collect and evaluate voluminous Child Protective Service and criminal history records, the disclosure to the parties of the 35-day Draft Presentence Report was delayed until April 19, 2019, making it impossible to keep the current sentencing date of May 15, 2019. Accordingly, the parties stipulate and jointly request that the sentencing hearing be continued by two weeks to May 29, 2019, at 3:00 p.m., or any other convenient time that day. In the interim, by April 29, 2019, the parties will provide to the U.S. Probation Officer any objections to the Draft Presentence Report. The Final Presentence Report will be disclosed by May 8, 2019, and sentencing memoranda will be filed by May 15, 2019.

IT IS SO STIPULATED.

| April 23, 2019 | DAVID ANDERSON |
| Dated | United States Attorney |
| | Northern District of California |

/S
CASEY BOOME
Assistant United States Attorney

| April 23, 2019 | STEVEN G. KALAR |
| Dated | Federal Public Defender |
| | Northern District of California |

/S
DANIEL P. BLANK
Assistant Federal Public Defender

IT IS SO ORDERED.

April 26, 2018
Dated

JAMES DONATO
United States District Judge