| | |
|---|---|
| 1 | DAVID L. ANDERSON (CABN 149604)<br>United States Attorney |
| 2 | |
| 3 | HALLIE HOFFMAN (CABN 210020)<br>Criminal Division Chief |
| 4 | CASEY BOOME (NYBN 5101845)<br>ROSS WEINGARTEN (NYBN 5236401) |
| 5 | Assistant United States Attorneys |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495 |
| 7 | Telephone: (415) 436-6627<br>FAX: (415) 436-7234 |
| 8 | Email: casey.boome@usdoj.gov |
| 9 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR 18-0608 JD |
| Plaintiff, | ) | STIPULATION AND ORDER VACATING APRIL 22, 2020 STATUS CONFERENCE AND SETTING MAY 20, 2020 STATUS CONFERENCE |
| v. | ) | |
| ANGELO VALDEZ | ) | |
| Defendant. | ) | |

The parties provide this stipulation to the Court regarding the defendant's Motion to Continue All Court Appearances Until After May 1, 2020.

The government does not oppose defendant's request to vacate all court proceedings, to set a status hearing after May 1, 2020, and to allow the parties to seek a hearing before that date if videoconferencing becomes available. The government the defendant, after consultation with the Courtroom Deputy, request that a status hearing be set in this matter for May 20, 2020 at 10:30 a.m.

The above-captioned matter is a supervised release violation, and as such, the Speedy Trial Act

STIPULATION AND ORDER
Case No. CR 18-0608 JD

does not apply to this proceeding.  The defendant and the government jointly request this continuance in light of the COVID-19 pandemic and the District Court's General Order No. 72, which is incorporated herein by reference.

    IT IS SO STIPULATED.

DAVID L. ANDERSON
United States Attorney

DATED: March 24, 2020

/s/
CASEY BOOME
ROSS WEINGARTEN
Assistant United States Attorney

DATED: March 24, 2020

/s/
DANIEL P. BLANK
Attorney for Defendant

1 **ORDER**

2     For the reasons set forth in the stipulation of the parties, and consistent with General Order No.

3 72, the Court VACATES all appearances and CONTINUES this case to May 20, 2020 at 10:30 a.m. for

4 a status conference.

5     **IT IS SO ORDERED.**

7 DATED: March 24, 2020

                                     HON. JAMES DONATO
8                                      United States District Judge