DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Criminal Division Chief

CASEY BOOME (NYBN 5101845)
ROSS WEINGARTEN (NYBN 5236401)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6627
    FAX: (415) 436-7234
    Email: casey.boome@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ANGELO VALDEZ <br><br> Defendant. | CASE NO. CR 18-0608 JD <br><br> STIPULATION AND ORDER VACATING JULY 15, 2020 STATUS CONFERENCE AND SETTING AUGUST 26, 2020 STATUS CONFERENCE |

The above-captioned case is set for a status conference on July 15, 2020 at 10:30 a.m. regarding the defendant's alleged violations of the conditions of his supervised release. The Probation Officer has informed the parties that she now has an unavoidable conflict on July 15, 2020. Given the history of the Probation Officer's detailed work with the defendant in this case, the government and defense counsel agree that the parties and the Court would benefit from her presence and insight during the status conference. Therefore, subject to the Court's confirming order, the parties jointly request that the Court vacate the July 15, 2020 status conference and continue the matter to August 12, 2020 at 10:30 a.m. The

STIPULATION AND [PROPOSED] ORDER
Case No. CR 18-0608 JD

1  parties have conferred with the Courtroom Deputy, who has confirmed that August 12, 2020 at 10:30
2  a.m. is a convenient date for the Court.
3        IT IS SO STIPULATED.

4                                        DAVID L. ANDERSON
                                         United States Attorney

6  DATED: July 8, 2020                           /s/
                                         CASEY BOOME
                                         ROSS WEINGARTEN
                                         Assistant United States Attorney

9  DATED: July 8, 2020                           /s/
                                         DANIEL P. BLANK
                                         Attorney for Defendant

**ORDER**

For the reasons set forth in the stipulation of the parties, and for good cause shown, the Court VACATES the status conference set for July 15, 2020 at 10:30 a.m. and CONTINUES this case to August 26, 2020 at 10:30 a.m. for a status conference.

**IT IS SO ORDERED.**

DATED: July 9, 2020

_____
HON. JAMES DONATO
United States District Judge