IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANGELO VALDEZ,<br><br>　　　　Defendant. | **Case No.:** CR 18–0608 JD<br><br>**STIPULATION AND ORDER GRANTING RELEASE FROM MARSHAL CUSTODY ON SEPTEMBER 2, 2020, BY 8:00 A.M.** |

　　GOOD CAUSE SHOWN, and for the reasons stated in open court, the parties stipulate and jointly request, with the concurrence of the U.S. Probation Officer, that Defendant Angelo Valdez BE RELEASED from U.S. Marshal's custody on SEPTEMBER 2, 2020, as early in the day as practicable and in any event NO LATER THAN 8:00 A.M.

　　Mr. Valdez shall comply with the terms and conditions of his supervised release, including drug testing and treatment at the direction of the Probation Officer and participation for at least 90 days in residential treatment at the New Bridge Foundation, where Mr. Valdez shall follow the directions and rules of the facility, as directed by the Probation Officer.  To that end, Mr. Valdez shall contact the Probation Officer immediately upon his release on September 2, 2020, for reporting instructions.  Among other things, the Probation Officer shall arrange for transportation of Mr. Valdez on September 2, 2020, from the jail to a COVID-19 testing appointment at 3900 Piedmont Ave, Oakland, California, 94611, at 2:00 p.m., and New Bridge

1  shall directly thereafter arrange for transportation of Mr. Valdez for his admission at 3:00 p.m.

2  to the program located at 1816 Scenic Ave, Berkeley, California, 94709.

3       IT IS SO STIPULATED.

|  |  |
|---|---|
| August 27, 2020<br>Dated | DAVID ANDERSON<br>United States Attorney<br>Northern District of California |
|  | /S<br>ROSS WEINGARTEN<br>Assistant United States Attorney |
| August 27, 2020<br>Dated | STEVEN G. KALAR<br>Federal Public Defender<br>Northern District of California |
|  | /S<br>DANIEL P. BLANK<br>Assistant Federal Public Defender |

IT IS SO ORDERED.

| August 27, 2020<br>Dated | JAMES DONATO<br>United States District Judge |
|---|---|